IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| MARIA DELGADO, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | |
| LUIS GOVEA LOPEZ AND BYRON LYONS, POLK COUNTY, OFFICE OF THE SHERIFF, | § § § § | CIVIL ACTION NO. 9:22-CV-000187-MJT-ZJH<br>JUDGE MICHAEL J. TRUNCALE |
| *Defendants*. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 15, 2022, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge. On the same day, Plaintiff Maria Delgado filed her Complaint and Motion for Leave to Proceed in forma pauperis. [Dkts. 1, 2]. On March 2, 2023, Judge Hawthorn held a *Spears* hearing to determine the factual and legal bases of Delgado's claims. On March 3, 2023, Delgado filed her Emergency Restraining Order [Dkt. 11], and on March 17, 2023, Judge Hawthorn issued his Report and Recommendation, recommending the Court deny Delgado's motion. [Dkt. 12]. The Court has received and considered Judge Hawthorn's report. No objections to the Report and Recommendation have been filed, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C).

It is therefore **ORDERED** that the Report and Recommendation of the magistrate judge [Dkt. 12] is **ACCEPTED.** Plaintiff Maria Delgado's Emergency Motion [Dkt. 11] is therefore **DENIED**.

**SIGNED this 10th day of April, 2023.**

_____
Michael J. Truncale
United States District Judge